HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GREGORY RENE LANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>GREGORY R. LANDS,  )<br>  )<br>  Defendant-Movant.  )<br>  )<br>_____ ) | Case No. 2:19-cr-00034-MCE<br><br>**SEALING ORDER**<br><br>JUDGE:  Hon. Morrison C. England, Jr. |

IT IS HEREBY ORDERED that the Request to Seal Exhibits A, C, D, E, F and G to Defendant-Movant's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that medical information and personal information is not available on the public docket.  The Request and its Exhibits A, C, D, E, F and G are to be provided to the Court and Assistant United States Attorney Christopher Stanton Hales.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant-Movant's Request, sealing Defendant-Movant's Request and Exhibits A, C, D, E, and F serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant-Movant would be harmed.

In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Defendant-Movant's Request and Exhibits that would adequately protect the compelling interests identified by the government.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

**Dated:  November 5, 2020**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Lands:  Sealing Order