UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>GREGORY R. LANDS,<br><br>            Defendant. | No. 2:19-CR-00034-MCE<br><br>**ORDER** |

Defendant Gregory R. Lands' Emergency Motion to Reduce Sentence (ECF No. 59) is DENIED.  The briefing schedule set at ECF No. 60 is VACATED.

IT IS SO ORDERED.

Dated: March 31, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1